# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 7, 2014

## NO. 03-12-00798-CR

**Jacquelyn Marie Aguillon, Appellant**

**v.**

**The State of Texas, Appellee**

### APPEAL FROM THE 264TH DISTRICT COURT OF BELL COUNTY
### BEFORE CHIEF JUSTICE JONES, JUSTICES ROSE AND GOODWIN
### DISMISSED ON APPELLANT'S MOTION -- OPINION BY CHIEF JUSTICE JONES

This is an appeal from the judgment of conviction entered by the trial court. Jacquelyn Marie Aguillon has filed a motion to dismiss the appeal. Therefore, the Court grants the motion, allows Jacquelyn Marie Aguillon to withdraw her notice of appeal, and dismisses the appeal. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.